UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN FLETCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF STATE HOSPITALS-COALINGA, et al.,<br><br>    Defendants. | Case No.   1:23-cv-00377-EPG<br><br>ORDER DIRECTING THE CLERK OF COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A PRISONER ACTION |

      Plaintiff Allan Fletcher, a civil detainee proceeding *pro se*, filed this civil action in the Fresno County Superior Court regarding the alleged improper release of confidential records from the Department of State Hospitals—Coalinga. (ECF No. 1). This case was removed to this Court on March 13, 2023.

      This case was originally administratively designated as 360 P.I.: Other. However, a review of the complaint indicates that the present action involves a civil detainee litigating the conditions of his confinement. The administrative designation should therefore be updated to 560 Civil Detainee: Conditions of Confinement.

      Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to administratively redesignate this matter from 360 P.I.: Other to 560 Civil Detainee: Conditions of Confinement; and

\\\

1

2. The case number in this action shall be updated as follows: Case No. 1:23-cv-00377-EPG (PC).

IT IS SO ORDERED.

Dated: **March 14, 2023**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE